# CASE ANNOUNCEMENTS
## *June 25, 2014*

[Cite as *06/25/2014 Case Announcements #3*, 2014-Ohio-2755.]

## MOTION AND PROCEDURAL RULINGS

**2014-0472. BAC Home Loans Servicing, L.P. v. Haas.**
Marion App. No. 9-13-40, 2014-Ohio-438. This cause is pending before the court as an appeal from the Court of Appeals for Marion County.

Upon review of the motion for stay of sale, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Wednesday, July 2, 2014.

# CASE ANNOUNCEMENTS
## *June 26, 2014*

[Cite as *06/26/2014 Case Announcements*, 2014-Ohio-2756.]

## MOTION AND PROCEDURAL RULINGS

**In re Johnson.**
On February 6, 2014, this court found Cinseree Johnson to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Johnson was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On June 19, 2014, Johnson presented a motion for leave to file an affidavit of disqualification.

It is ordered by the court that the motion for leave to file is denied.

**2014-0799. In re Complaint of Corrigan v. Cleveland Elec. Illum. Co.**
Public Utilities Commission, No. 09-492-EL-CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion of Cleveland Electric Illuminating Company for leave to intervene as appellee, it is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS
## *June 26, 2014*

[Cite as *06/26/2014 Case Announcements #2*, 2014-Ohio-2762.]